UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

JANET WYNN SNYDER,                          )
                                            )
            Plaintiff,                      )
                                            )        No. 3:12-CV-91
                                            )        (PHILLIPS/SHIRLEY)
V.                                          )
                                            )
EQUIFAX INFORMATION SERVICES, LLC,          )
*et al.,*                                   )
                                            )
            Defendants.                     )

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court,

and the order of the District Judge [Doc. 36] referring a Motion by Plaintiff Janet Wynn Snyder

for an Extension of Time to Respond to Discovery of Defendants Equifax Information Services,

LLC and Trans Union LLC [Doc. 35], to the undersigned for disposition or report and

recommendation as may be appropriate.

The Plaintiff filed her Motion for an Extension of Time [Doc. 35] on August 22, 2012.

On August 28, 2012, the Plaintiff filed a second motion entitled Motion by Plaintiff Janet Wynn

Snyder to Withdraw Motion for Extension of Time to Respond to Discovery [Doc. 37]. In this

second motion, the Plaintiff represents that counsel is in the process of working out a solution to

this discovery issue.

Based on the foregoing, the Motion to Withdraw Motion for an Extension of Time **[Doc.

37]** is **GRANTED**, and accordingly, the Motion for an Extension of Time **[Doc. 35]** is **DENIED

AS MOOT**. The parties are also **DIRECTED** to review the discovery dispute procedure

outlined in Section 4(i) of the Scheduling Order entered by the Honorable Thomas W. Phillips,

on July 31, 2012.  This procedure should be used in resolving future discovery disputes.

**IT IS SO ORDERED.**

ENTER:

　　s/ C. Clifford Shirley, Jr.
United States Magistrate Judge